17cv5035 DSD/TNL

**RECEIVED**
BY MAIL

NOV 06 2017

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

# EXHIBITS

SCANNED

NOV 06 2017

U.S. DISTRICT COURT ST. PAUL

Date: Firs went blind, and made a Complaint, source fromew

**EXHIBIT 1**



## Medical Request (Recuesta Médica)

MEND
CORRECTIONAL CARE

Inmate Name: _____     Nombre Del Preso: _____

SPN #: 6924 _____     Numero De Identificacion Del Preso: _____

Housing Unit: _____     Unidad Del Modulo: _____

Date: 11-12-15 _____     Fecha: _____

Inmate request: _____     Razon De La Visita: _____

_____     _____

_____     _____

_____     _____

_____     _____

Inmate Signature: _____     Firma Del Preso: _____

Received by: AP RN _____     Date: 11/13/15     Time: 0730

**MEND** CORRECTIONAL CARE

EXHIBIT 2

# Medical Request (Recuesta Medica)

Date: After 1 coming back from Washington    1st tee

Inmate Name: _Mo Thwaite Oyewolc_          Nombre Del Preso: ____

SPN #: _6924_                                Numero De Identificacion Del Preso: ____

Housing Unit: _2A_                           Unidad Del Modulo: ____

Date: _11-16-13_                             Fecha: ____

Inmate request: _I need to see_             Razon De La Visita: ____
_the dentist, my right foot_
_is still "swelling"_
_and "right foot is_
_still in pain."_

Inmate Signature: _[signature]_             Firma Del Preso: ____

Received by: _[signature]_                  Date: _11/16/12_   Time: _8245_

Addressed by: ____                          (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No    Date: ____    Co-Pay Assessed: ☐ Yes ☐ No

Date: Firs made complaint about my left foot.

## MEND
### CORRECTIONAL CARE

EXHIBIT 3

# Medical Request (Recuesta Médica)

Inmate Name: _Haamin _____

SPN #: _____

Housing Unit: _300_

Date: _11-28-15_

Inmate request: _I need _____
_____
_____

_A.S.A.P_

Inmate Signature: _____

Nombre Del Preso: _____

Numero De Identificacion Del Preso: _____

Unidad Del Modulo: _____

Fecha: _____

Razon De La Visita: _____

_____
_____
_____
_____
_____

Firma Del Preso: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - -

Received by: _GM 4346_     Date: _11/28/15_   Time: _1503_

Addressed by: _____   Date: _____   (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No     Co-Pay Assessed: ☐ Yes ☐ No

Date; Infection in Food (12-02-15)    **EXHIBIT 4**

## MEND
**CORRECTIONAL CARE**

# Medical Request (Recuesta Médica)

Inmate Name: Marvin Spencer

Nombre Del Preso: _____

SPN #: 6924

Numero De Identificacion Del Preso: _____

Housing Unit: Seg

Unidad Del Modulo: _____

Date: 12 / 02 / 2015

Fecha: _____

Inmate request: I need to See
the doctor about my
foot. My lift foot is
in pain a swelling I
have, and infection I need
Some medical treament

Razon De La Visita: _____
_____
_____
_____
_____
_____

Inmate Signature: Marven Spen

Firma Del Preso: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received by: _____   Date: 12/3/15   Time: 0800

Addressed by: _____   Date: _____   (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No    Co-Pay Assessed: ☐ Yes ☐ No



**EXHIBIT 5**

## Medical Inmate Memo

Inmate Name: _Spencer, Marvin_          Housing Unit: _8A_

Record Copies are .25 per page; you will be sent a letter stating the total amount owed (for 2 sets of copies). The copies will need to be paid for via your consent out of your account & the records will be available for 30 days. If you do not consent to pay in those 3 days the copies will be destroyed. Thank you.

Signature: _8A 4325_          Date: _12/4/15_

White - Chart Copy          Yellow - Inmate Copy

Medical Inmate Memo          Version 3          Copyright © 2013 MEnD Correctional Care, LLC

Date: 12-5-16, I make request to change my medication

EXHIBIT 6

## MEND
CORRECTIONAL CARE

# Medical Request (Recuesta Médica)

Inmate Name: _Marvin Spencer_     Nombre Del Preso: _____

SPN #: _60934_     Numero De Identificacion Del Preso: _____

Housing Unit: _Segregation_     Unidad Del Modulo: _____

Date: _12/5/2016_     Fecha: _____

Inmate request: _I'm writing to_     Razon De La Visita: _____

_correctly request for new_

_medication for my foot_

_infection to be change_

_the medication is doing_

_more harm then good._

Inmate Signature: _____     Firma Del Preso: _____

Received by: _____



**EXHIBIT 7**

# Medical Request (Recuesta Médica)

**CORRECTIONAL CARE**

Inmate Name: Marvin Spencer   Nombre Del Preso: _____

SPN #: 6924   Numero De Identificacion Del Preso: _____

Housing Unit: Seg   Unidad Del Modulo: _____

Date: 12-10-15   Fecha: _____

Inmate request: I need to see   Razon De La Visita: _____

eye doctor. My right eye _____

is runing, and I can't _____

realy see, blurry _____

_____   _____

_____   _____

Inmate Signature: Marvin Spencer   Firma Del Preso: _____

Received by: BSB   Date: 12/10/15   Time: 0845

Addressed by: _____ Date: _____ (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No   Co-Pay Assessed: ☐ Yes ☐ No

**EXHIBIT 8**      12/11/15

Mr Spencer, 6924

I have reviewed your chart, medications and recent clinic visits. I have discontinued the Bactrim and prescribed Amoxicillin for improved treatment compliance. You will take it 3 times a day for 10 days. Contact the clinic with any questions or concerns.

Thank you,

Gwen Blossom CNP

Court Exhibit No:

EXHIBIT 9

**Spencer, Marvin 02/03/1963**
NURSE NOTE/VERBAL ORDERS
Office/Outpatient Visit
Visit Date: Tue, Jan 6, 2015 05:42 pm
Provider: Michelle Skroch, RN (Supervisor: Todd Leonard, MD)
Location: Sherburne County Jail Medical Unit

Electronically signed by provider on 01/06/2015 Printed on 07/17/2017 at 2:48 pm.

**SUBJECTIVE:**

**CC:** Patient seen in clinic to remove sutures and discuss reasoning for not signing diabetic flow sheet.

**HPI:** Inmate states he thinks it's stupid that he has to sign the flow sheet.

States he had a piece of metal under the skin on the bottom of his foot so he took a toenail clipper and dug it out the other day.

States he had been letting his foot air out anytime he is in lock down. Denies picking at the area.

**OBJECTIVE:**

**Exams:** Small scab on the bottom of his foot where he claims he removed a piece of metal. Healing well, no signs of infection. Wound closed.

Sutures intact. Wound under the sutures scabbed over yet slightly moist. Skin peeled back along the edges as if it was intentionally removed - scab extends into this region. Lower half of the wound is between the toes. Visible only when separating the toes. Gapping. No sutures here. Wound bed white. Surrounding skin macerated. When toes separated, the scabbed area of the upper half of the wound cracks open under the sutures. Odorous. CMS intact of all toes. Foot not warm, red, or swollen. Inmate quick to touch affected area and pry toes apart, especially when nursing staff looks away to prepare dressings or consult with the provider. Cleansed with sterile water. Small amount of yellow drainage.

**PLAN:** Inmate explained the purpose of signing the flow sheet - he states he'll think about signing it.

Told to let us know in the future if he thinks something is not right about his foot and we will proceed forward. He, under no circumstances, should ever take a toenail clipper to remove something from his foot.

Telfa applied between the toes and secured in place with tape. Inmate to keep dressing intact. Will call to clinic daily for dressing change. Will remove sutures when ready. Inmate aware we will call housing prior to seeing him so he can remove dressing and shower prior to coming down - verbalized understanding. NP Gwen and Dr. Todd consulted, agree with above plan. VORB to discontinue Bactrim and start Clindamycin 300mg 1 tab PO TID x 10 days.

**ADDENDUMS:**

Addendum: 01/06/2015 06:15 PM - Pfeifer, Alyssa

VS: T - 97.1 F, O2 sats - 97% on RA, P - 19, R - 20, BP - 116/72 in. L arm.

EXHIBIT 10

**Spencer, Marvin** 02/03/1963
**NURSE NOTE/VERBAL ORDERS**
Office/Outpatient Visit
**Visit Date: Wed, Jan 7, 2015 10:12 am**
**Provider: Cassandra James, RN** (Supervisor: Todd Leonard, MD)
**Location:** Sherburne County Jail Medical Unit

Electronically signed by provider on 01/07/2015 Printed on 07/17/2017 at 2:48 pm.

# SUBJECTIVE:

CC: Inmate seen for dressing change between toes and for sick call:

1/6/15: "Refund for pain medicin. this was due to facility plasing me in a unit that closed down. I'm requesting for my $5.00 refund"

# OBJECTIVE:

Exams:
PHYSICAL EXAM:
SKIN: Maceration present in between toes on R foot noted. Stitches still intake. Small amount of SS drainage noted on old dressing. Would cleansed with NS and covered with Telfa and tape.

**PLAN:** Inmate to be seen daily for dressing change. Inmate did not bring up sick call when writer asked inmate if there was anything else that he needed today. Inmate returned to housing.

# ADDENDUMS:

Addendum: 01/07/2015 02:33 PM - Leonard, Todd A

GB

CPT ® is a registered trademark of the American Medical Association

Sgt. Kolbinger

adequate foot ware shoe

EXHIBIT 11
Nova

8/22/16

Mr Spencer, 6934

The shoes have been requested. This has been sent to USM for approval. Approval has not been received at this time. The request for eye surgery has been deferred at this time by the USM. This request will be re-evaluated after a follow up evaluation.

Thank you,

Gwen Blossom FNP

One week later after incident, I was move out of C-unit

EXHIBIT:12

# Sherburne County Jail

## Informal Disciplinary Action/Notice of Violation and Sanction

Sanctions not to exceed 24 hours

**ICR #:**201402772   **Badge#:**3341

**DATE:**12/11/14

**Inmate:**Spencer, Marvin

**DOB:** 02/03/14   **PIN:**6924

You have been cited for the following violation(s) of rules outlined in the Inmate handbook: Incident

**Rule#:**41   **Rule#:**55   **Rule#:** ___   **Rule#:** ___   **Rule#:** ___

**Witnesses:** ___

**Type of Incident:**Failure to Comply   **Place of Incident:**Gamma   **Type of Inmate:**USM   **Time of Incident:**1000

**Description of Incident:**   On 12/11/14 I, CO Rourke, Jim (badge #3341) was assigned as one of the Gamma Housing Officers. At 1000 hours Inmate Spencer, Marvin (SPN 6924 DOB 02/03/63) approached the staff desk and informed us that he could not make a phone call because his phone pin was in use. It was discovered what inmate was using his phone pin and while I was escorting that inmate to his cell Inmate Spencer approached him. Inmate Spencer stated "Are you the one using my phone pin" and the two inmates squared off with each other in a menacing posture. I instructed both inmates to lockdown and they both failed to comply with my lockdown order. The inmates continued to square off and yell about the phone pin while I continued to tell both inmates to lockdown. It took 3 lockdown orders for Inmate Spencer to comply and start to walk to his cell. Inmate Spencer was then informed that he would be locked down and was secured in his cell. End of Report.

**Sanctions Administered:**

☒ 9. ___ hours lockdown
☒ Change of quarters
☒ Separation/Segregation
☐ Loss of gym/rec
☐ Loss of community Release (Detail sanction below):
Detail or Explanations:

☒ Unit/Cell Lockdown
☐ Loss of Commissary
☒ Loss of Activity Room Use
☒ Loss of church/pilot outreach

☒ Loss of library use
☒ Loss of telephone
☒ Loss of general visitation
☐ Loss of School

☒ Loss of AA
☐ Loss of TV
☒ Loss of Programs(Specify) ___
☐ Other : Creative Sanction (explain): ___

**Sanctions to begin on 12/11/14,**   1000,
Date   Time

**Sanctions end on 12/11/14,**   2000,
Date   Time

☒ **Problem Report**   ☒ **Tracking Sheet Problem Report**   ☒ **Incident Report # 201402772**

☒ Correction Officer
☒ Programmer

Badge# ___   Date ___   Time ___

# TASKMAN NOTE

**From:** Leonard, Todd
**Date:** 04/20/2015 02:15 PM
**To:** Orders, DR
**Subject:** Spencer, Marvin
**Priority:** Normal
**Category:** Other

Please give to patient,

Mr Spencer,

I spoke with the Podiatrist, Dr Runde, he recommends for you to purchase the shoes with the velcro straps. These can be bought through the commissary. He stated the toe/foot has healed well. They will offer you additional padding and support. I have checked your Keefe account and there is sufficient funds for this purchase. Continue to contact the clinic for your medical concerns.

Thank you,

Gwen Blossom FNP

Attachments:
Open chart: Spencer, Marvin

EXHIBIT 13

Look at Date 12-16-17

EXHIBIT 14

## MEND
CORRECTIONAL CARE

# Medical Request (Recuesta Médica)

Inmate Name: Melvin Spencer Sr.

Nombre Del Preso:

SPN #: 6924

Numero De Identificacion Del Preso:

Housing Unit: Segeration

Unidad Del Modulo:

Date: 12-12-2015.

Fecha:

Inmate request: I want to request

Razon De La Visita: Request for x-ray

and x-ray of my left foot

its been blast to 30days

before I heal my foot it hurt

I won to see if the problem

in my bone.

Exray

Inmate Signature: Melvin Spencer

Firma Del Preso:

.....................................................................

Received by: GM43-16

Date: 12/12/15   Time: 2200

Addressed by:

(Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes  ☐ No   Date:

Go-Pay Assessed: ☐ Yes  ☐ No

Date: 12-13-15

EXHIBIT 15

## MEND
CORRECTIONAL CARE

# Medical Request (Recuesta Médica)

| | |
|---|---|
| Inmate Name: Mourin Spanton | Nombre Del Preso: |
| SPN #: 6694 | Numero De Identificacion Del Preso: |
| Housing Unit: Seg | Unidad Del Modulo: |
| Date: 12-13-15 | Fecha: |
| Inmate request: To: Whom this | Razon De La Visita: |

should concern, I'm making
a request to see the
eye doctor, my right eye
is becoming increasingly
blurry and burning.

| | |
|---|---|
| Inmate Signature: Mourin Spanton | Firma Del Preso: |
| Received by: Goldste | Date: 12/3/15   Time: 7/52 |
| Addressed by: | (Refer to medical chart for medical staff response.) |
| | Inmate Seen: ☐ Yes ☐ No |
| | Date: |
| | Co-Pay Assessed: ☐ Yes ☐ No |

EXHIBIT 16

## MEND
CORRECTIONAL CARE

# Medical Request (Recuesta Médica)

Inmate Name: Vann Spencer

Nombre Del Preso: _____

SPN #: 60324

Numero De Identificacion Del Preso: _____

Housing Unit: 3cq

Unidad Del Modulo: _____

Date: 12-16-15

Fecha: _____

Inmate request: I want to know
Razon De La Visita: _____

the date that (when)
CAIP) requested a CDIO
Doctor's appointment
for me

Inmate Signature: Vann Spencer

Firma Del Preso: _____

- - - - - - - - - - - - - - - - - - - - - - - - -

Received by: _____

Date: 12/16/15   Time: 080

Addressed by: _____

(Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No   Date: _____   Co-Pay Assessed: ☐ Yes ☐ No

**MEND** CORRECTIONAL CARE

# Medical Request (Recuesta Médica)

Date: Request to see my Doctor, very 0

EXHIBIT 17

Inmate Name: _Jervis Shorter_   Nombre Del Preso:

SPN #: _6624_   Numero De Identificacion Del Preso:

Housing Unit: _Segregation_   Unidad Del Modulo:

Date: _12-17-15_   Fecha:

Inmate request: _To see my Doctor to again Razon De La Visita:_
_To see my Doctor in_
_St. Paul Health Partirio_
_Madicur Clinic._
_CentRY My Doct_

Inmate Signature: _Jervis Shorter_   Firma Del Preso:

Received by: _GM4S4G_   Date: _12/18/15_   Time: _2132_

Addressed by: _____   (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No   Date: _____   Co-Pay Assessed: ☐ Yes ☐ No

**EXHIBIT 18**

Datei Complaint, 1-23-16

## MEND CORRECTIONAL CARE

# Medical Request (Recuesta Médica)

Inmate Name: Mr. Marvin Spence — Nombre Del Preso: _____

SPN #: 66924 — Numero De Identificacion Del Preso: _____

Housing Unit: Seg — Unidad Del Modulo: _____

Date: 1-23-16 — Fecha: _____

Inmate request: 10-16 at
I'm writing to request
for your Minnesota
License Number, so
that I can make a complaint        Tank you
to the Board of Nursing

Razon De La Visita: _____

Inmate Signature: _Marvin Spence_ — Firma Del Preso: _____

Received by: ___(signature)___    Date: 1-22-16    Time: 2116

Addressed by: _____    Date: _____
(Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No        Co-Pay Assessed: ☐ Yes ☑ No

Date:

**✚ MEND**
CORRECTIONAL CARE

EXHIBIT 19

# Medical Inmate Memo

Inmate Name: Marvin Spencer _____ Housing Unit: SH

Mr. Spencer. You have an upcoming eye appointment for your Right eye

Signature: J Momps RN                    Date: 1/24/16

White - Chart Copy          Yellow - Inmate Copy

Medical Inmate Memo                Version 3            Copyright © 2013 MEnD Correctional Care, LLC

---

**✚ MEND**
CORRECTIONAL CARE

SSZ

EXHIBIT 20

# Diet Order

Inmate Name: Spencer, Marvin     ID: 6924     Unit: SH
Start Date: 11.9.15          Meal to Start: ☒ Breakfast    ☐ Lunch    ☐ Dinner

**Diet Ordered:**
☐ Regular        ☐ Clear Liquid    ☐ Bland/Allergy
☒ Diabetic       ☐ Renal           ☐ Gluten Free
☐ Cardiac        ☐ Dialysis        ☐ Lactose Intolerant
☐ Dental Soft    ☐ Pregnancy       ☐ Other _____

**Snacks Ordered:**
☒ Diabetic HS    ☐ Pregnancy HS    ☐ Other _____

**Special Considerations/Comments:**
_____

Ordered By:    ☒ Clinic Staff    ☐ Facility Staff

Staff Print/Signature: CRM WGn          Date: 1-27-16

EXHIBIT 21

Date: Diabetic bag mail

**MEND**
CORRECTIONAL CARE

# Medical Request (Recuesta Médica)

Inmate Name: _Marvin Spencer_

SPN #: _69134_

Housing Unit: _Spin C_

Date: _February 18, 2016_

Inmate request: _I request_
_to have my Diabetic_
_supplement will_
_bring to peanutbutter_
_The bread is making_
_me sick. I I_

Inmate Signature: _Marvin Spencer_

Nombre Del Preso: _____

Numero De Identificacion Del Preso: _____

Unidad Del Modulo: _____

Fecha: _____

Razon De La Visita: _I wish to 4/16_
_M.D. about this matter_
_and he said this is_
_a clinic issue. So I_
_writing this word to you_

Firma Del Preso: _Thank you_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received by: _4345_                         Date: _2/18/16_   Time: _2000_

Addressed by: _____   Date: _____   (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No      Co-Pay Assessed: ☐ Yes ☐ No

---

EXHIBIT 22

**MEND**
CORRECTIONAL CARE

# Medical Inmate Memo

Inmate Name: _Marvin Spencer_                    Housing Unit: _SH_

_Mr. Spencer, you will need to look up_
_the address in a phone book. or have family_
_look it up._

Signature: _J Thomps RN_                    Date: _2/29/16_

White - Chart Copy          Yellow - Inmate Copy

Medical Inmate Memo          Version 3          Copyright © 2013 MEnD Correctional Care, LLC

Date: March 6, 2016                                    EXHIBIT 23

## ✚ MEND
CORRECTIONAL CARE

# Medical Request (Recuesta Médica)

Inmate Name: _Marvin Spencer_          Nombre Del Preso: _____

SPN #: _6924_                          Numero De Identificacion Del Preso: _____

Housing Unit: _Segregation_            Unidad Del Modulo: _____

Date: _March 6, 2016_                  Fecha: _____

Inmate request: _I'm making a request_   Razon De La Visita: _____
_to review my medical_
_files. I haste to look_
_for some needed_
_records._

Inmate Signature: _Marvin Spencer_      Firma Del Preso: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received by: _VA 4/21/17_               Date: _3/6/16_   Time: _1046_

Addressed by: _____   Date: _____  (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No        Co-Pay Assessed: ☐ Yes ☐ No

---

Date: 3/7/16 Denied Me to view records
In violation of D.O.C. Policy 500-100
                                    EXHIBIT 24

## ✚ MEND
CORRECTIONAL CARE

# Medical Inmate Memo

Inmate Name: _Spencer, Marvin_                Housing Unit: _S_

Mr. Spencer

The clinic cannot authorize you to 'view' your medical record. You can purchase copies at $0.25 per page. Please let us know if you'd like to purchase your health record.

Signature: _____                 Date: _3-7-16_

White - Chart Copy          Yellow - Inmate Copy

Medical Inmate Memo          Version 3          Copyright © 2013 MEnD Correctional Care, LLC

Date: Denied @ shoes #3-15-16

EXHIBIT 26

## MEND
### CORRECTIONAL CARE

**Medical Inmate Memo**

Inmate Name: Spencer, Marvin                     Housing Unit: SH

Mr. Spencer,
Your request for shoes was referred to podiatry
in December 2014. Your records were reviewed from podiatry on
2/24/15 and 4/20/15. It was recommened at that time to purchase
the shoes from commisary.

Signature: MZZO                                  Date: 03|15-16

Medical Inmate Memo          White - Chart Copy          Yellow - Inmate Copy

              Version 3          Copyright © 2013 MEnD Correctional Care, LLC

---

Date: March 10, 2016 hearing lost; (Denied)

## MEND
### CORRECTIONAL CARE

**Medical Request (Recuesta Médica)**

EXHIBIT 25

Inmate Name: Marvin Spencer       Nombre Del Preso: _____

SPN #: 6924                        Numero De Identificacion Del Preso: _____

Housing Unit: Sen                 Unidad Del Modulo: _____

Date: 03/08/2016                  Fecha: _____

Inmate request: I am          Razon De La Visita: _____
unider continceno
some hearing
loss and request
to be seen for
the doctor.

Inmate Signature: Marvin Spencer   Firma Del Preso: _____

Received by: _____   Date: 3/8/06   Time: 1630

Addressed by: _____   Date: _____   (Refer to medical chart for medical staff response.)

*Call me to the clinic*

# Medical Request (Recuesta Médica)

EXHIBIT 27

Marvin Speer

424

SCS

6-76

What are you
about a follow
the eye specialist
n placed the
t told me he
raking and app
ture: Marvin Speer

Nombre Del Preso:_____

Numero De Identificacion Del Preso:_____

Unidad Del Modulo:_____

Fecha:_____

Razon De La Visita:_____

ointment for surgery
so follow up & my
eye is getting worse
and you are talking
about getting USM approval

Firma Del Preso: It was alredy appro

Date: 3/16/16   Time: 2130

y:_____   Date:_____   (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No    Co-Pay Assessed: ☐ Yes ☐ No

---

EXHIBIT 28

## MEND
CORRECTIONAL CARE

# Medical Request (Recuesta Médica)

Inmate Name: Marvin Bsonce

SPN #: 6124

Housing Unit: Segregation

Date: April 16, 2016

Inmate request: I need to make
a request for you in charge
& Ensure in the afternoon
to three until two four
unit at lunch time
cause my side up at

Inmate Signature: Marvin Sr

Nombre Del Preso:_____

Numero De Identificacion Del Preso:_____

Unidad Del Modulo:_____

Fecha:_____

Razon De La Visita:_____

Dinner time, This should
to be care of my high
blood blood sugar
at Dinner

Thank you

Firma Del Preso:_____

---

Received by:_____   Date: 3/16/16   Time: 2130

Addressed by:_____   Date:_____   (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No    Co-Pay Assessed: ☐ Yes ☐ No

EXHIBIT   29

**MEND**
CORRECTIONAL CARE

# Medical Request (Recuesta Médica)

Inmate Name: _Marvin Spencer_  Nombre Del Preso: _____

SPN #: _6924_  Numero De Identificacion Del Preso: _____

Housing Unit: _Segregation_  Unidad Del Modulo: _____

Date: _March 19, 2016_  Fecha: _____

Inmate request: _I want my_  Razon De La Visita: _____
_insline change, Back_  _____
_to what is was, then_  _____
_I want them to_  _____
_live my medcatio_  _____
_the fuck alone_  _____

Inmate Signature: _Marvin_  Firma Del Preso: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received by: _Gm454a_  Date: _3-19-16_  Time: _7141_

Addressed by: _____  Date: _____  (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No  Co-Pay Assessed: ☐ Yes ☐ No

---

EXHIBIT   30

**MEND**
CORRECTIONAL CARE

# Medical Request (Recuesta Médica)

Inmate Name: _____  Nombre Del Preso: _____

SPN #: _____  Numero De Identificacion Del Preso: _____

Housing Unit: _____  Unidad Del Modulo: _____

Date: _3-21-16_  Fecha: _____

Inmate request: _I want for you_  Razon De La Visita: _____
_to increas my insulin_  _blood suger controll_
_to 8 units lantus at_  _____
_each meal time (3)_  _____
_times a day. This is_  _____
_what I want for better_  _____

Inmate Signature: _____  Firma Del Preso: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received by: _JKN_  Date: _3/21/16_  Time: _0730_

Addressed by: _JR_  Date: _____  (Refer to medical chart for medical staff response.)

Date: March 29, 2016                    EXHIBIT 31



# Medical Request (Recuesta Médica)

Inmate Name: _Marvin Spencer_      Nombre Del Preso: _____

SPN #: _68924_      Numero De Identificacion Del Preso: _____

Housing Unit: _Segregation_      Unidad Del Modulo: _____

Date: _March 29, 2016_      Fecha: _____

Inmate request: _To see the_      Razon De La Visita: _____

_foot Doctor & have a_

_the toe nail problem_

_thats is bleeding very_

_badly_

Inmate Signature: _Marvin Spencer_      Firma Del Preso: _____

---

Received by: _____      Date: _3/30/16_  Time: _1500_

Addressed by: _____ Date: _____  (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No      Co-Pay Assessed: ☐ Yes ☐ No

---

Date: 4/27/16 foot Pain        EXHIBIT 32

# Medical Request (Recuesta Médica)

Inmate Name: _Marvin Spencer_      Nombre Del Preso: _____

SPN #: _68924_      Numero De Identificacion Del Preso: _____

Housing Unit: _Seg_      Unidad Del Modulo: _____

Date: _4/2/2016_      Fecha: _____

Inmate request: _I want to_      Razon De La Visita: _____

_See the Doctor_

_about my foot_

_Pain_

Inmate Signature: _Marvin Sp___      Firma Del Preso: _____

---

Received by: _024331_      Date: _4/2/16_  Time: _2000_

Addressed by:

Date: Pain in my Left foot

EXHIBIT 33



# Medical Request (Recuesta Médica)

Inmate Name: Marvin Spencer

Nombre Del Preso: _____

SPN #: 69124

Numero De Identificacion Del Preso: _____

Housing Unit: Segergation

Unidad Del Modulo: _____

Date: April 5, 2016

Fecha: _____

Inmate request: To see the Podiatrist about my lift foot 4th toe is showing sign of infection, and bleeding I also have pain in my

Razon De La Visita: toe. _____
_____
_____
_____
_____

Inmate Signature: Marvin Spencer

Firma Del Preso: _____

Received by: Gm4s6c          Date: 4-5-16   Time: 1458

Addressed by: _____ Date: _____ (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No     Co-Pay Assessed: ☐ Yes ☐ No

---

Date: (April 2, 2016)

EXHIBIT 34



# Medical Request (Recuesta Médica)

Inmate Name: M/c Marvin Spencer

Nombre Del Preso: _____

SPN #: 69124

Numero De Identificacion Del Preso: _____

Housing Unit: Segergation

Unidad Del Modulo: _____

Date: April 2, 2016

Fecha: _____

Inmate request: For help my left foot 4th toe is constantly in pain, and is bleeding all the time. I need to see the to save my toe not to be put on a waiting

Razon De La Visita: list. This why my toe was amputated in the first place. you know you nice to send out right away. to save my toe

Inmate Signature: Marvin Sp____

Firma Del Preso: _____

Received by: 4345          Date: 4/7/16   Time: 1430

Addressed by: _____ Date: _____ (Refer to medical chart for medical staff response.)

EXHIBIT 35



# Medical Request (Recuesta Médica)

Inmate Name: _Marvin Spencer_                    Nombre Del Preso: _____

SPN #: _100104_                                  Numero De Identificacion Del Preso: _____

Housing Unit: _____                          Unidad Del Modulo: _____

Date: _April 9, 2016_                            Fecha: _____

Inmate request: _____                    Razon De La Visita: _____

_____                 _____

_____                 _____

_____                 _____

_____                 _____

_____                 _____

Inmate Signature: _____                  Firma Del Preso: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received by: _DA 4NM_          Date: _4-9-16_    Time: _1090_

Addressed by: _____ Date: _____ (Refer to medical chart for medical staff response.)

     Inmate Seen: ☐ Yes ☐ No     Co-Pay Assessed: ☐ Yes ☐ No

---

EXHIBIT 36

# Medical Request (Recuesta Médica)

Inmate Name: _Marvin Spencer_                    Nombre Del Preso: _____

SPN #: _100104_                                  Numero De Identificacion Del Preso: _____

Housing Unit: _Segregation_                      Unidad Del Modulo: _____

Date: _April 11, 2016_                           Fecha: _____

Inmate request: _to have an_                     Razon De La Visita: _____

_~~x-ray~~ x-ray of the_                         _____

_lift foot 3rd toe._                             _____

_____                 _____

_____                 _____

_____                 _____

Inmate Signature: _Marvin Spencer_               Firma Del Preso: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received by: _____          Date: _4/11/16_    Time: _300_

Addressed by: _____ Date: _____ (Refer to medical chart for medical staff response.)

EXHIBIT 37

## MEND
**CORRECTIONAL CARE**

# Medical Request (Recuesta Médica)

Inmate Name: _Marvin Gavin_    Nombre Del Preso:_____

SPN #:_____    Numero De Identificacion Del Preso:_____

Housing Unit:_____    Unidad Del Modulo:_____

Date:_____    Fecha:_____

Inmate request:_____    Razon De La Visita:_____

_____

_____

_____

_____

_____

Inmate Signature:_____    Firma Del Preso:_____

Received by: _Wilson RN_    Date: _4/11/16_   Time: _1145_

Addressed by:_____ Date:_____ (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No    Co-Pay Assessed: ☐ Yes ☐ No

---

EXHIBIT 38

## MEND
**CORRECTIONAL CARE**

# Medical Request (Recuesta Médica)

Inmate Name: _Marvin Spencer_    Nombre Del Preso:_____

SPN #:_____    Numero De Identificacion Del Preso:_____

Housing Unit:_____    Unidad Del Modulo:_____

Date:_____    Fecha:_____

Inmate request:_____    Razon De La Visita:_____

_____

_____

_____

_____

Inmate Signature:_____    Firma Del Preso:_____

Received by: _SPN_    Date: _4/12/16_   Time: _0702_

Addressed by:_____ Date:_____ (Refer to medical chart for medical staff response.)

Date: 13, 2016

EXHIBIT 39



# Medical Request (Recuesta Médica)

Inmate Name: Marvin Spencer

SPN #: 60924

Housing Unit: Seg

Date: April 13, 2016

Inmate request: to require the side effects and what do it treat

Clindamycin HCl & Amoxicillin

Inmate Signature: Marv Spen

Nombre Del Preso: _____

Numero De Identificacion Del Preso: _____

Unidad Del Modulo: _____

Fecha: _____

Razon De La Visita: _____

Firma Del Preso: _____

------

Received by: 4345          Date: 4/14/16     Time: 430

Addressed by: _____ Date: _____   (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No      Co-Pay Assessed: ☐ Yes ☐ No

---

EXHIBIT 40



# Medical Request (Recuesta Médica)

Inmate Name: Marvin Spencer

SPN #: 60924

Housing Unit: Seg

Date: 1-13-16

Inmate request: I would like to refill my pres-

Oxycodone

Inmate Signature: Marvin Spencer

Nombre Del Preso: _____

Numero De Identificacion Del Preso: _____

Unidad Del Modulo: _____

Fecha: _____

Razon De La Visita: _____

Firma Del Preso: _____

------

Received by: Gm45Ke          Date: *H-16     Time: 504

Addressed by: _____ Date: _____   (Refer to medical chart for medical staff response.)

EXHIBIT 41

**MEND**
CORRECTIONAL CARE

# Medical Request (Recuesta Médica)

Inmate Name: Marvin Spencer          Nombre Del Preso: _____

SPN #: 6984                          Numero De Identificacion Del Preso: _____

Housing Unit: Seg                    Unidad Del Modulo: _____

Date: April 13, 2016                 Fecha: _____

Inmate request: I want to            Razon De La Visita: _____
the facility dietiction
I want to ask question
alternate med.
_____            _____
_____            _____
_____            _____

Inmate Signature: Marvin Spencer     Firma Del Preso: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received by: CRN          Date: 4/14/16   Time: 0700

Addressed by: _____ Date: _____ (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No      Co-Pay Assessed: ☐ Yes ☐ No

---

Date: April 15, 2016

EXHIBIT 42

**MEND**
CORRECTIONAL CARE

# Medical Request (Recuesta Médica)

Inmate Name: Marvin Spencer          Nombre Del Preso: _____

SPN #: 6924                          Numero De Identificacion Del Preso: _____

Housing Unit: Seg                    Unidad Del Modulo: _____

Date: April 15, 2016                 Fecha: _____

Inmate request: I want to            Razon De La Visita: _____
make a request to
see physical
therapy. Yes my
left heel 2 0
too
_____            _____

Inmate Signature: Marvin Spencer     Firma Del Preso: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received by: _____   Date: 4/15/16   Time: 0300

Addressed by: _____ Date: _____ (Refer to medical chart for medical staff response.)

EXHIBIT 43

## ✚ MEND
CORRECTIONAL CARE

# Medical Request (Recuesta Médica)

Inmate Name: Marvin Spencer     Nombre Del Preso: _____

SPN #: 6924 _____     Numero De Identificacion Del Preso: _____

Housing Unit: Sea _____     Unidad Del Modulo: _____

Date: April 19, 2016 _____     Fecha: _____

Inmate request: I want to     Razon De La Visita: _____

make a timely request

for an X-ray of

the left foot 2d

toe.

Inmate Signature: Marvin Spencer     Firma Del Preso: _____

Received by: _____     Date: 4/20/16    Time: 1650

Addressed by:_____ Date: _____ (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No     Co-Pay Assessed: ☐ Yes ☐ No

---

EXHIBIT 44

## ✚ MEND
CORRECTIONAL CARE

# Medical Request (Recuesta Médica)

Inmate Name: Marvin Spencer     Nombre Del Preso: _____

SPN #: 6924 _____     Numero De Identificacion Del Preso: _____

Housing Unit: Sea _____     Unidad Del Modulo: _____

Date: April 28, 16 _____     Fecha: _____

Inmate request: Charge my     Razon De La Visita: _____

account 2d for

Medical X-ray

Inmate Signature: Marvin Spencer     Firma Del Preso: _____

Received by: _____     Date: 4/28/16    Time: 100

Addressed by: _____ Date: _____ (Refer to medical chart for medical staff response.)

BP-A148.070
SEP 98

**INMATE REQUEST TO STAFF MEMBER**

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Unit Co | |
| FROM: | REGISTER NO. : |
| WORK ASSIGNMENT: | UNIT: |

SUBJECT:   (Briefly state your question or concern and the solution you are requesting.  Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

(Do not write below this line)

DISPOSITION:

| Signature Staff Member: | Date: |
|---|---|

Record Copy  - File; Copy - Inmate

Replaces BP-148 of OCT 86

Thank you.

clinic with any questions or concerns.

approved an appointment will be made for you. I will let you know if there is a problem. Contact the

A request for follow up with the eye specialist has been placed. This will require USM approval, once

Mr Spencer, 6924

Spencer, Marvin 6924   N

Mr. Spencer,

We have received your medical requests and they have been forwarded to the provider to follow up.
Notify clinic if you have additional concerns.

LB RN 8/20/16

---

## ✚ MEND
CORRECTIONAL CARE

# Medical Request (Recuesta Médica)

EXHIBIT 45

Inmate Name: Marvin Spencer

Nombre Del Preso:_____

SPN #: 6921"

Numero De Identificacion Del Preso:_____

Housing Unit: Seg

Unidad Del Modulo:_____

Date: April 28, 2016

Fecha:_____

Inmate request: I would like
to have a copy of
the X-ray of my
left foot from April
27, 2016
Thank you

Razon De La Visita:_____

25 ¢.

Inmate Signature: Marven Spenr

Firma Del Preso:_____

Received by: CP

Date: 4/28/16   Time: 0800

Addressed by:_____   Date:_____   (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No   Co-Pay Assessed: ☐ Yes ☐ No

EXHIBIT 46

**MEND** CORRECTIONAL CARE

# Medical Request (Recuesta Médica)

Inmate Name: _Marvin Spencer_   Nombre Del Preso: _____

SPN #: _10924_   Numero De Identificacion Del Preso: _____

Housing Unit: _Seg_   Unidad Del Modulo: _____

Date: _April 29, 2016_   Fecha: _____

Inmate request: _I Making a_   Razon De La Visita: _____

_request to see Dr._ _____

_Todd about my insuline_ _____

_chang. I request to_ _____

_go back to my 6_ _____

_Unit at each meal time_ _____

Inmate Signature: _Marvin Spencer_   Firma Del Preso: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received by: _L3419_   Date: _4-29-16_   Time: _1430_

Addressed by: _____ Date: _____ (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No   Co-Pay Assessed: ☐ Yes ☐ No

---

_Date: March 1, 2016   Pain in left foot_   EXHIBIT 47

**MEND** CORRECTIONAL CARE

# Medical Request (Recuesta Médica)

Inmate Name: _Marvin Spencer_   Nombre Del Preso: _____

SPN #: _10924_   Numero De Identificacion Del Preso: _____

Housing Unit: _Seg_   Unidad Del Modulo: _____

Date: _03/01/16_   Fecha: _____

Inmate request: _I need to_   Razon De La Visita: _____

_see the Doctor a_ _____

_the same pain in_ _____

_Runway knee_ _____

_____

Inmate Signature: _Marvin Spencer_   Firma Del Preso: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received by: _WDK/RD_   Date: _3/8/16_   Time: _1830_

Addressed by: _____ Date: _____ (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No   Co-Pay Assessed: ☐ Yes ☐ No

EXHIBIT 48

**MEND**
CORRECTIONAL CARE

# Medical Request (Recuesta Médica)

Inmate Name: Marvin Spencer

Nombre Del Preso: _____

SPN #: 6924

Numero De Identificacion Del Preso: _____

Housing Unit: Seperation

Unidad Del Modulo: _____

Date: April 5th, 2016

Fecha: _____

Inmate request: I want to make it clear that Dietion to return to my 10 units of insulin at each meal time this what works

Razon De La Visita: _____
for me as me. Doctor had perscirb Thanks.. Chang My insulen Back !

Inmate Signature: Marvin Spence

Firma Del Preso: _____

Received by: Kelly Biber   Date: 04/04/16   Time: 0810

Addressed by: _____   Date: _____   (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No   Co-Pay Assessed: ☐ Yes ☐ No

---

EXHIBIT 49

**MEND**
CORRECTIONAL CARE

# Medical Request (Recuesta Médica)

Inmate Name: M. Spencer

Nombre Del Preso: _____

SPN #: 6924

Numero De Identificacion Del Preso: _____

Housing Unit: Seg

Unidad Del Modulo: _____

Date: April 18, 2016

Fecha: _____

Inmate request: I want to Make this request for Doctor/ Bundy to prge note about my visit a request for diabitic insoles for my shoes

Razon De La Visita: _____
$ .50

Inmate Signature: Marvin Spencer

Firma Del Preso: _____

Received by: KYBON   Date: 4/18/16   Time: 0800

Addressed by: _____   Date: _____   (Refer to medical chart for medical staff response.)

Date: April 23, ℞ Foot Pain.                    2nd toe

**EXHIBIT 50**

## MEND
CORRECTIONAL CARE

# Medical Request (Recuesta Médica)

Inmate Name: Mr Warren Spencer

Nombre Del Preso: _____

SPN #: 6924

Numero De Identificacion Del Preso: _____

Housing Unit: Birmington

Unidad Del Modulo: _____

Date: Hay 23, 2016

Fecha: _____

Inmate request: Emergency! ℞
need to go to the
Hospital right away
my left foot 2nd
toe is in pain and.
infected, and changing

Razon De La Visita: _____
Color just like before
the provider is intentional
trying to let the infection
℞ Hurts my foot.
I to go to the hospital
____!

Inmate Signature: Warren Spencer

Firma Del Preso: Mrs!

Received by: AP RN                  Date: 4·23·6        Time: 12W

Addressed by: RN          Date: _____ (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No        Co-Pay Assessed: ☐ Yes ☐ No

---

Date: May Left foot

**EXHIBIT 51**

## MEND
CORRECTIONAL CARE

# Medical Request (Recuesta Médica)

Inmate Name: Warren Spencer

Nombre Del Preso: _____

SPN #: 6924

Numero De Identificacion Del Preso: _____

Housing Unit: Special Housing

Unidad Del Modulo: _____

Date: May

Fecha: _____

Inmate request: I need to see
a doctor. my left foot is
infected, swollen right
and is in pain. It's painful
to walk on my feet.
Need see a real Doctor!

Razon De La Visita: _____
I am Note recieving
adequate medical for my
wound, or My Diabetes.
To: Dr. Todd, Leonard.
ONLY. New Provider Need

Inmate Signature: Warren Spencer

Firma Del Preso: _____

Received by: AP, RN              Date: 5/8/16    Time: 0725

Addressed by: _____ Date: _____ (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No        Co-Pay Assessed: ☐ Yes ☐ No

Date: May 16, 2016

EXHIBIT 52

 **MEND**
CORRECTIONAL CARE

# Medical Request (Recuesta Médica)

Inmate Name: _Marvin Spencer_

Nombre Del Preso: _____

SPN #: _____ _____

Numero De Identificacion Del Preso: _____

Housing Unit: _General Housing_

Unidad Del Modulo: _____

Date: _May 16, 2016_

Fecha: _____

Inmate request: _I want to request the recent p report from the Foot Doctor. You can charge me for the copy_

Razon De La Visita: _Charge my account 25¢ for the Report Thank u_

Inmate Signature: _Marvin S___

Firma Del Preso: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received by: _MRn___   Date: _5/15/16_  Time: _0632_

Addressed by: _____   Date: _____  (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No    Co-Pay Assessed: ☐ Yes ☐ No

---

EXHIBIT 53

 **MEND**
CORRECTIONAL CARE

# Medical Inmate Memo

Inmate Name: _Marvin Spencer_            Housing Unit: _G 130 L_

_Mr. Spencer. The provider has decided to start you on another antibiotic to take with your current one._

Signature: _JThonDR RN_            Date: _5/29/16_

White - Chart Copy            Yellow - Inmate Copy

*Date Entered (6/6/16)*

EXHIBIT 54

**MEND**
CORRECTIONAL CARE

# Medical Request (Recuesta Médica)

Inmate Name: Marvin Spencer

Nombre Del Preso:_____

SPN #: 60924

Numero De Identificacion Del Preso:_____

Housing Unit: Nova

Unidad Del Modulo:_____

Date: 6-5-16

Fecha:_____

Inmate request: To see the provider. My *left* foot 2d toe has trind over and is causing me pain, swelling

Razon De La Visita:_____

Inmate Signature: Marvin S___

Firma Del Preso:_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received by: CP

Date 6/6/16

Time: 0800

Addressed by:_____ Date:_____ (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No      Co-Pay Assessed: ☐ Yes ☐ No

---

*Date: July 6, 2016 Reaction to Medication!*

EXHIBIT 55

**MEND**
CORRECTIONAL CARE

# Medical Request (Recuesta Médica)

Inmate Name: Marvin Spencer

Nombre Del Preso:_____

SPN #: 60924

Numero De Identificacion Del Preso:_____

Housing Unit: Nova

Unidad Del Modulo:_____

Date: 6-7-16

Fecha:_____

Inmate request: To see the doctor 4 allergic reaction to the medication

Razon De La Visita:_____

Inmate Signature: Marvin S___

Firma Del Preso:_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received by: CP

Date: 6/7/16

Time: 0800

Addressed by:_____ Date:_____ (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No      Co-Pay Assessed: ☐ Yes ☐ No

EXHIBIT 56

# MEND
CORRECTIONAL CARE

# Medical Request (Recuesta Médica)

Inmate Name: Marvin Spencer     Nombre Del Preso: _____

SPN #: 6924     Numero De Identificacion Del Preso: _____

Housing Unit: New     Unidad Del Modulo: _____

Date: 6-7-2016     Fecha: _____

Inmate request: I want to     Razon De La Visita: _____

make a request to
have an ~~say~~ X-
ray of my stomach
and left foot

Inmate Signature: Mar Spn     Firma Del Preso: _____

Received by: _____     Date: 6/7/16   Time: 7 2 25

Addressed by: _____ Date: _____ (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No     Co-Pay Assessed: ☐ Yes ☐ No

---

shoes

EXHIBIT 57

# MEND
CORRECTIONAL CARE

# Medical Request (Recuesta Médica)

Inmate Name: Marvin Spencer     Nombre Del Preso: _____

SPN #: 6924     Numero De Identificacion Del Preso: _____

Housing Unit: Seg     Unidad Del Modulo: _____

Date: March 13, 2016     Fecha: _____

Inmate request: I want to     Razon De La Visita: _____
Make a request for the
date I was denied
diabetic gym shoes, by
Gwin. She stated I
did not need shoes at that tin. What date was that

Inmate Signature: Marvin Spence     Firma Del Preso: _____

Received by: 4345     Date: 1/16   Time: 200

Addressed by: _____ Date: _____ (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No     Co-Pay Assessed: ☐ Yes ☐ No

EXHIBIT 57

## MEND
CORRECTIONAL CARE

# Medical Request (Recuesta Médica)

Inmate Name: _Mr. Marren Spencer Sr._   Nombre Del Preso: _____

SPN #: _6024_   Numero De Identificacion Del Preso: _____

Housing Unit: _Nova,_   Unidad Del Modulo: _____

Date: _June 11, 2016_   Fecha: _____

Inmate request: _I writing for the second time to request a X-Ray of my lift foot, as I'm in pain; I'm also requesting an X-Ray of my_ _Marvin Spencer_

Razon De La Visita: _Smach. I can't take the Antibiot any longer I've been on they for over 10 days, there starting to caus me othe problem Need medical attention_

Inmate Signature: _Marvin Spencer_   Firma Del Preso: _____

Received by: _Gm4842_   Date: _6-11-16_   Time: _2030_

Addressed by: _____   Date: _____   (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No   Co-Pay Assessed: ☐ Yes ☐ No

---

EXHIBIT 58

## MEND
CORRECTIONAL CARE

# Medical Request (Recuesta Médica)

Inmate Name: _Mr. Marren Spencer_   Nombre Del Preso: _____

SPN #: _6024_   Numero De Identificacion Del Preso: _____

Housing Unit: _Nova_   Unidad Del Modulo: _____

Date: _Oct 19 12 2016_   Fecha: _____

Inmate request: _I writing to be seen in Health Service regarding my Medical Statutes. I am was fine if you was realy concerned I would have provide_

Razon De La Visita: _me with some gauze to wrap my foot with,_

Inmate Signature: _Marvin Spen_   Firma Del Preso: _____

Received by: _WB 4329_   Date: _10/20/16_   Time: _2000_

Addressed by: _____   Date: _____   (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No   Co-Pay Assessed: ☐ Yes ☐ No

EXHIBIT 59

◆ MEND
CORRECTIONAL CARE

# Medical Request (Recuesta Médica)

Inmate Name: Marvin Spencer

Nombre Del Preso: _____

SPN #: 6924

Numero De Identificacion Del Preso: _____

Housing Unit: Nova

Unidad Del Modulo: _____

Date: June 19, 2016

Fecha: _____

Inmate request: I have made
a request for an X
Ray of stomach. I
need to know if have
sustained any damage
Due Antibiotics

Razon De La Visita: _____

Inmate Signature: Marvin Spencer

Firma Del Preso: _____

Received by: M _____   Date: 6/20/16   Time: 0910

Addressed by: _____   Date: _____   (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No       Co-Pay Assessed: ☐ Yes ☐ No

---

EXHIBIT 60

◆ MEND
CORRECTIONAL CARE

# Medical Request (Recuesta Médica)

Inmate Name: Marvin Spencer

Nombre Del Preso: _____

SPN #: 6924

Numero De Identificacion Del Preso: _____

Housing Unit: Nova

Unidad Del Modulo: _____

Date: 7/25/2016

Fecha: _____

Inmate request: Yes, u can
take $25 from my
account.

Razon De La Visita: _____

May 15, 15

Inmate Signature: Marvin Spencer

Firma Del Preso: _____

Received by: GM4B4C   Date: 7-25-16   Time: 1530

Addressed by: _____   Date: _____   (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No       Co-Pay Assessed: ☐ Yes ☐ No

EXHIBIT 61

## MEND
### CORRECTIONAL CARE

**Medical Inmate Memo**

Inmate Name: __Spencer, Marvin__        Housing Unit: __6924__

_N_

If you're looking for the USM denial
you'll have to contact them directly.
If you're looking for a copy of your
exam from back in May '15 the cost is
.25  Thank you.

Signature: __4325__                    Date: __7/25/16__

White - Chart Copy        Yellow - Inmate Copy

Medical Inmate Memo        Version 3        Copyright © 2013 MEnD Correctional Care, LLC

---

EXHIBIT 63

## MEND
### CORRECTIONAL CARE

**Medical Inmate Memo**

Inmate Name: __Spencer, Marvin__        Housing Unit: __N__

The clinic does not have releases
to hand out for personal use.
Thank you

Signature: __4325__                    Date: __7/28/16__

White - Chart Copy        Yellow - Inmate Copy

Medical Inmate Memo        Version 3        Copyright © 2013 MEnD Correctional Care, LLC

EXHIBIT 64

# Medical Request (Recuesta Médica)

**CORRECTIONAL CARE** — MEND

Inmate Name: _Newson Spencer_  Nombre Del Preso: _____

SPN #: _66124_  Numero De Identificacion Del Preso: _____

Housing Unit: _None_  Unidad Del Modulo: _____

Date: _07-29-2016_  Fecha: _____

Inmate request: _Jan Mah a sacend Reguest for medical Release of information to, I'm Domony my McQuin Requist to information, thank u_  Razon De La Visita: _My MuOne, Suan Richard Nelson. Thenk U._

Inmate Signature: _____  Firma Del Preso: _____

Received by: _0134_  Date: _7/30/16_  Time: _0800_

Addressed by: _____  Date: _____   (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes  ☐ No      Co-Pay Assessed: ☐ Yes  ☐ No

Medical Request (Recuesta Médica)    Version 1    Copyright © 2016 MEnD Correctional Care, PLLC

—

Date: D.O.C. violation

**EXHIBIT 65**

MEND
CORRECTIONAL CARE

**Medical Inmate Memo**

Inmate Name: _Spencer, Marvin_                Housing Unit: _N_

Mr Spencer - as previously addressed,
the clinic release forms are not
for patient use.

Thank you

Signature: _[signature]_ 4335              Date: 8/1/16

Medical Inmate Memo

White - Chart Copy          Yellow - Inmate Copy

Version 3          Copyright © 2013 MEnD Correctional Care, LLC

EXHIBIT 66

## Medical Request (Recuesta Médica)

**MEND**
CORRECTIONAL CARE

Inmate Name: Marvin Spencer

SPN #: 6924

Housing Unit: Nova

Date: 08-13-16

Inmate request: I have been Making request for the Bed/Cpu for my feet pain, will done u continue to Denied my medication

Inmate Signature: Marvin Spencer

Nombre Del Preso: _____

Numero De Identificacion Del Preso: _____

Unidad Del Modulo: _____

Fecha: _____

Razon De La Visita: _____

Firma Del Preso: _____

Received by: _____ Date: 8/16/16 Time: 715

Addressed by: _____ Date: _____ (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No    Co-Pay Assessed: ☐ Yes ☐ No

Medical Request (Recuesta Médica)        Version 1        Copyright © 2016 MEnD Correctional Care, PLLC

**EXHIBIT 67**

Date: 8/15/16 Fast Pain

# Medical Request (Recuesta Médica)

**MEND**
CORRECTIONAL CARE

Inmate Name: _Martin Weaver_  
Nombre Del Preso:

SPN #: _6624_  
Numero De Identificacion Del Preso:

Housing Unit: _North_  
Unidad Del Modulo:

Date: _08/15/2016_  
Fecha:

Inmate request: _I am unable_  
Razon De La Visita:  
_to sleep to have_  
_the pain that the ___ medications_  
_has me ___ _  
_my ___ _  
_gives me._

Inmate Signature: _____  
Firma Del Preso: _____

Received by: _RHC_  Date: _8-15-16_  Time: _2020_

Addressed by: _____  Date: _____  
(Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No     Co-Pay Assessed: ☐ Yes ☐ No

Medical Request (Recuesta Médica)     Version.1     Copyright © 2016 MEnD Correctional Care, PLLC

Date 8-4-16

EXHIBIT 68

## Medical Request (Recuesta Médica)

**✚ MEND**
CORRECTIONAL CARE

Inmate Name: Marvin Spence

Nombre Del Preso: _____

SPN #: 6604

Numero De Identificacion Del Preso: _____

Housing Unit: Nar

Unidad Del Modulo: _____

Date: 8/16/2016

Fecha: _____

Inmate request: I want to
know what happend
to my second eye
Surgery to remove
the blood from my
right eye

Razon De La Visita: _____

_____

Inmate Signature: Marvin Spence     Firma Del Preso: _____

- - - - - - - - - - - - - - - - - - - -

Received by: [signature]

Date: 8/18/16   Time: 1500

Addressed by: _____

(Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No     Date: _____     Co-Pay Assessed: ☐ Yes ☐ No

Medical Request (Recuesta Médica)     Version 1     Copyright © 2016 MEnD Correctional Care, PLLC

EXHIBIT 69

Date: 8-14-16

# Medical Request (Recuesta Médica)

**MEND** CORRECTIONAL CARE

Inmate Name: Marvin Spencer
Nombre Del Preso:

SPN #: 16924
Numero De Identificacion Del Preso:

Housing Unit: 4b4
Unidad Del Modulo:

Date: 8-14-2016
Fecha:

Inmate request: I want to know
Razon De La Visita:
happend to my shoe
the foot Doctor said
they would ready on
August 2 No. ①

Inmate Signature: Marvin Spencer Firma Del Preso:

- - - - - - - - - - - - - - - - - - - - - - -

Received by: _____ Date: 8/14/16 Time: 1500

Addressed by: _____ Date: ____ (Refer to medical chart for medical staff response.)

Inmate Seen: ☐ Yes ☐ No    Co-Pay Assessed: ☐ Yes ☐ No

Medical Request (Recuesta Médica)    Version 1    Copyright © 2016 MEnD Correctional Care, PLLC

EXHIBIT 70

Date: 8-24-16

## MEND
CORRECTIONAL CARE

# Medical Request (Recuesta Médica)

Inmate Name: _Mariano Spencer_    Nombre Del Preso: _____

SPN #: _6924_    Numero De Identificacion Del Preso: _____

Housing Unit: _____    Unidad Del Modulo: _____

Date: _8/24/2016_    Fecha: _____

Inmate request: _____    Razon De La Visita: _____

Inmate Signature: _Mariano Spencer_    Firma Del Preso: _____

Received by: _____    Date: _8/24/16_   Time: _9:00_

Addressed by: _____    Date: _____

     Inmate Seen: ☐ Yes ☐ No    Co-Pay Assessed: ☐ Yes ☐ No    (Refer to medical chart for medical staff response.)

Medical Request (Recuesta Médica)      Version 1      Copyright © 2016 MEND Correctional Care, PLLC

EXHIBIT 71

# Medical Request (Recuesta Médica)

**MEND** CORRECTIONAL CARE

Inmate Name: Marvin Spencer          Nombre Del Preso:

SPN #: 69124                         Numero De Identificacion Del Preso:

Housing Unit: More                   Unidad Del Modulo:

Date: 8/27/16                        Fecha:

Inmate's request: I want to request          Razon De La Visita:
to have my medical
boot from my U.S.
property. Thank u.

Inmate Signature: Marvin Spencer          Firma Del Preso:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received by: U                      Date: 8/27/16   Time: 2PM 1430

Addressed by:                       Date:          (Refer to medical chart for medical staff response.)

Medical Request (Recuesta Médica)   Inmate Seen: ☐ Yes ☐ No     Co-Pay Assessed: ☐ Yes ☐ No

Version 1                           Copyright © 2016 MEnD Correctional Care, PLLC

EXHIBIT 73

**TASKMAN NOTE**
**From: Kerr, Brian**
**Date: 12/29/2014 05:11 PM**
**To: Orders, DR**
**Subject: Spencer, Marvin**
**Priority: Urgent**
**Category: Other**

---

VORB per GB, IBU 600mg tab tid/prn x 5 days. Please order (Ok to use stock 200mg tab x3 until pharm order arrives).


Attachments:
  Open chart: Spencer, Marvin

EXHIBIT 74

**TASKMAN NOTE**
**From: Kerr, Brian**
**Date: 12/29/2014 05:11 PM**
**To: Orders, DR**
**Subject: Spencer, Marvin**
**Priority: Urgent**
**Category: Other**

VORB per GB, IBU 600mg tab tid/prn x 5 days. Please order (Ok to use stock 200mg tab x3 until pharm order arrives).


Attachments:
 Open chart: Spencer, Marvin

EXHIBIT 75

**TASKMAN NOTE**
**From: Leonard, Todd**
**Date: 12/31/2014 04:49 PM**
**To: Orders, DR**
**Subject: Spencer, Marvin**
**Priority: Normal**
**Category: Other**

---

Please give to patient,

Mr Spencer,

I have prescribed an additional antibiotic for your foot. It is called Bactrim. You will take it twice a day for 10 days along with the Augmentin. I have requested the medication for peripheral neuropathy of your feet called Cymbalta. I will let you know if there is a problem. I will see you in the clinic in about 1 month unless an urgent or emergent need comes up.

Thank you,

Gwen Blossom FNP

Attachments:
  Open chart: Spencer, Marvin

EXHIBIT 76

# LOG NOTE
**Date:** 01/02/2015 01:24 PM
## Patient: Spencer, Marvin  DOB: 02/03/1963
**Author: Thompson, Jennie R**
**Sign Off Date: 01/02/2015 01:27 PM**
**Signed Off By: Thompson, Jennie R**

VORB from Dr. Leonard.  Duloxetine HCL 30 mg 1 cap po at QAM x 2 weeks, then 2 caps po at QAM #60  with 3 refills.

EXHIBIT 77

# LOG NOTE

**Date:** 01/02/2015 01:24 PM

**Patient: Spencer, Marvin** **DOB:** 02/03/1963

**Author: Thompson, Jennie R**

**Sign Off Date:** 01/02/2015 01:27 PM

**Signed Off By: Thompson, Jennie R**

VORB from Dr. Leonard.  Duloxetine HCL 30 mg 1 cap po at QAM x 2 weeks, then 2 caps po at QAM #60  with 3 refills.

EXHIBIT 78

**Spencer, Marvin** 02/03/1963
**NURSE NOTE/VERBAL ORDERS**
Office/Outpatient Visit
·**Visit Date: Thu, Jan 15, 2015 10:03 pm**
**Provider: Courtney McConnell, CMA** (Supervisor: Todd Leonard, MD)
**Location:** Sherburne County Jail Medical Unit

Electronically signed by provider on 01/12/2015 Printed on 07/17/2017 at 2:48 pm.

# SUBJECTIVE:

<u>HPI:</u> Inmate called to clinic for visual acuity. Performed visual acuity on the snellen chart. SGT 3418 present in the clinic during visit. Inmate stated that distance is not an issue that he is unable to see up close.

# OBJECTIVE:

<u>Exams:</u> Visual Acuity:
Right Eye 20/30 with 1 error.
Left Eye 20/30 without error, 20/25 with 2 errors.
Both Eyes 20/25 with 1 error

**PLAN:** Inmate returned to housing, sent to MD for review

# ADDENDUMS:

_____

**Addendum: 01/20/2015 03:08 PM** - Leonard, Todd A

Eye exam requested for diabetic follow up.
GB

CPT ® is a registered trademark of the American Medical Association

Eye Exhibit






| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPENCER, MARVIN**<br><br>**DOB: 02/03/1963     AGE: 52**<br>Gender:   M<br>Phone:     763.765.3850<br>Patient ID: 6924<br>Health ID: 8573013360665122 | Specimen:  WX410518H<br>Requisition: 0000141<br><br>Collected:   02/27/2015 / 11:50 CST<br>Received:    02/28/2015 / 01:34 CST<br>Reported:    02/28/2015 / 10:20 CST | Client #: 22672673     4180000<br>BLOSSOM ENGLAND, GWENDOLYN<br>SHERBURNE CTY JAIL<br>13880 BUSINESS CENTER DR<br>ELK RIVER, MN 55330 |

**COMMENTS:**      FAX RESULTS TO 763-765-3817
                           FASTING:NO

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| HEMOGLOBIN A1c | | 8.5 H | <5.7 % of Total Hgb | CB |

According to ADA guidelines, hemoglobin A1c <7.0% represents optimal control in non-pregnant diabetic patients. Different metrics may apply to specific patient populations. Standards of Medical Care in Diabetes-2013. Diabetes Care. 2013;36:s11-s66

For the purpose of screening for the presence of diabetes
<5.7%        Consistent with the absence of diabetes
5.7-6.4%     Consistent with increased risk for diabetes
             (prediabetes)
>or=6.5%     Consistent with diabetes

This assay result is consistent with diabetes mellitus.

Currently, no consensus exists for use of hemoglobin A1c for diagnosis of diabetes for children.

**PERFORMING SITE:**
CB    QUEST DIAGNOSTICS WOOD DALE, 1355 MITTEL BOULEVARD, WOOD DALE, IL 60191-1024 Laboratory Director: ANTHONY V. THOMAS, MD, CLIA: 14D0417052

*9.1 December 2014*

*↑*
*Labutus to*
*26 units*
*QHS*

*GvB*
*3/2/15*

CLIENT SERVICES: 866.697.8378            SPECIMEN: WX410518H                    PAGE 1 OF 1

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

**Spencer, Marvin** 02/03/1963
**NURSE NOTE/VERBAL ORDERS**
Office/Outpatient Visit
**Visit Date: Thu, Jan 8, 2015 11:14 am**
**Provider: Diana VanDerBeek,** (Supervisor: Todd Leonard, MD; Assistant: Diana VanDerBeek, )
**Location:** Sherburne County Jail Medical Unit

Electronically signed by provider on 01/08/2015 Printed on 07/17/2017 at 2:48 pm.

## SUBJECTIVE:

**CC:** Seen for daily dressing change

**Allergies:**
  No Known Drug Allergies.

**Current Medications:**
NovoLog 100units/1ml Injection 4 units plus sliding scale at each meal
Atorvastatin Calcium 40mg Tablet Take 1 tablet(s) at 2000
Clindamycin HCl 300mg Capsules 1 cap po tid x 10 days
Duloxetine HCl 30mg Capsules 1 cap po at QAM x 2 weeks, then 2 caps po at QAM
Vitamin D3 1,000IU Tablet 1 cap po at 0800
Lantus 100units/1ml Injection 24 Units at bedtime
Muscle rub 1/4 med cup QHS/PRN. apply to feet for pain.
Lisinopril/Hydrochlorothiazide 10mg/12.5mg Tablet 1 tab po at 0800

## OBJECTIVE:

**Vitals:**

Current: 1/8/2015 11:19:27 AM
Ht: 74 inches
T: 96.7 F (oral)

**Exams:** Maceration present in between toes on R foot noted. Stitches still intact. Small amount of serosanguous drainage noted on old dressing. Wound cleansed with NS and covered with Telfa and tape.

**PLAN:** Patient to be seen at clinc for future dressing change.

CPT ® is a registered trademark of the American Medical Association

Sgt Kolbinger

**Spencer, Marvin** 02/03/1963
**NURSE NOTE/VERBAL ORDERS**
Office/Outpatient Visit
**Visit Date: Fri, Jan 9, 2015 10:25 am**
**Provider:** Diana VanDerBeek,  (Supervisor: Todd Leonard, MD;  Assistant: Diana VanDerBeek,  )
**Location:** Sherburne County Jail Medical Unit

Electronically signed by provider on 01/09/2015 Printed on 07/17/2017 at 2:48 pm.

# SUBJECTIVE:

<u>CC:</u> Patient seen for daily dressing change

<u>Allergies:</u>
  No Known Drug Allergies.

<u>Current Medications:</u>
NovoLog 100units/1ml Injection 4 units plus sliding scale at each meal
Atorvastatin Calcium 40mg Tablet Take 1 tablet(s) at 2000
Clindamycin HCl 300mg Capsules 1 cap po tid x 10 days
Duloxetine HCl 30mg Capsules 1 cap po at QAM x 2 weeks, then 2 caps po at QAM
Vitamin D3 1,000IU Tablet 1 cap po at 0800
Lantus 100units/1ml Injection 24 Units at bedtime
Muscle rub 1/4 med cup QHS/PRN. apply to feet for pain.
Lisinopril/Hydrochlorothiazide 10mg/12.5mg Tablet 1 tab po at 0800

# OBJECTIVE:

<u>Exams:</u> Wound appears further pulled apart for last visit.  Maceration present in between toes on R foot noted.  .  Small amount of serosanguous  drainage noted on old dressing.  Wound  cleansed with NS and covered with Telfa and tape.

# PLAN: Sent to provider for approval of three blankets for positioning and review regarding stitches

CPT ® is a registered trademark of the American Medical Association

Foot Issuse

EXHIBIT 82

**Spencer, Marvin** 02/03/1963
**NURSE NOTE/VERBAL ORDERS**
Office/Outpatient Visit
**Visit Date: Sat, Jan 10, 2015 07:33 pm**
**Provider: Alyssa Pfeifer, RN** (Supervisor: Todd Leonard, MD)
**Location:** Sherburne County Jail Medical Unit

Electronically signed by provider on 01/10/2015 Printed on 07/17/2017 at 2:48 pm.

# SUBJECTIVE:

<u>CC:</u>
Inmate seen in clinic for dressing change.

<u>HPI:</u>
Inmate reports new cuts appeared after taking a shower and scrubbing. Denies picking at foot.
<u>Allergies:</u>
  No Known Drug Allergies.

<u>Current Medications:</u>
NovoLog 100units/1ml Injection 4 units plus sliding scale at each meal
Atorvastatin Calcium 40mg Tablet Take 1 tablet(s) at 2000
Clindamycin HCl 300mg Capsules 1 cap po tid x 10 days
Duloxetine HCl 30mg Capsules 1 cap po at QAM x 2 weeks, then 2 caps po at QAM
Vitamin D3 1,000IU Tablet 1 cap po at 0800
Lantus 100units/1ml Injection 24 Units at bedtime
Muscle rub 1/4 med cup QHS/PRN. apply to feet for pain.
Lisinopril/Hydrochlorothiazide 10mg/12.5mg Tablet 1 tab po at 0800

# ASSESSMENT:
Right anterior foot 4th toe appeared two approximately 4mm red abrasions, small amount of blood noted when dabbed with gauze.

Maceration between 3rd and 4th toe, appears white and moist. Stitches in tact.  Wound dry.

Cleaned with normal saline and dried with gauze. Wound covered with 3/4th of non-adhesive Tefla and secured with 2 strips of tape.

Calm and cooperative. Normal steady gait. Made good eye contact. Inmate removed shoe and sock and then spread toes apart and touched open wounds.

# PLAN:
Instructed inmate to not touch wounds and not to pick at wounds. Instructed inmate to not scrub wounds, instead let water run over them and air dry. Inmate verbalized understanding. Inmate ambulated back to housing unit.

CPT ® is a registered trademark of the American Medical Association

Foot Issuse

Sgt. Kolbinger put me in a abondon
                              Unet

**Spencer, Marvin** 02/03/1963                                       EXHIBIT 83
**NURSE NOTE/VERBAL ORDERS**
Office/Outpatient Visit
**Visit Date: Sun, Jan 11, 2015 05:54 pm**
**Provider: Alyssa Pfeifer, RN (Supervisor: Todd Leonard, MD)**
**Location:** Sherburne County Jail Medical Unit

Electronically signed by provider on 01/11/2015 Printed on 07/17/2017 at 2:48 pm.

# SUBJECTIVE:

## CC:
Inmate seen in clinic for dressing change.

## HPI:
Reports foot "feels good" today. Reports not planning on taking a shower today but washes foot every day. Inmate removed sock, shoe and wound dressing from right foot.

## Allergies:
No Known Drug Allergies.

## Current Medications:
NovoLog 100units/1ml Injection 4 units plus sliding scale at each meal
Atorvastatin Calcium 40mg Tablet Take 1 tablet(s) at 2000
Clindamycin HCl 300mg Capsules 1 cap po tid x 10 days
Duloxetine HCl 30mg Capsules 1 cap po at QAM x 2 weeks, then 2 caps po at QAM
Vitamin D3 1,000IU Tablet 1 cap po at 0800
Lantus 100units/1ml Injection 24 Units at bedtime
Muscle rub 1/4 med cup QHS/PRN. apply to feet for pain.
Lisinopril/Hydrochlorothiazide 10mg/12.5mg Tablet 1 tab po at 0800

# ASSESSMENT:
Right anterior foot 4th toe appeared an approximately 3mm red abrasion, and a scabbed 4mm area on distal of other area on toe, dry and no drainage noted.

Maceration between 3rd and 4th toe, appears white and moist. Stitches in tact. Skin surrounding wound appears dry, natural skin color, and no swelling noted.

Cleaned with normal saline and dried with gauze. Wound covered with 3/4th of non-adhesive Tefla and secured with 2 strips of tape.

Calm and cooperative. Normal steady gait. Made good eye contact.

# PLAN:
Inmate ambulated back to housing unit.

Inmate to be seen tomorrow for dressing change.

CPT ® is a registered trademark of the American Medical Association

Foot Issuse

EXHIBIT 84

**Spencer, Marvin** 02/03/1963
**NURSE NOTE/VERBAL ORDERS**
Office/Outpatient Visit
**Visit Date: Mon, Jan 19, 2015 06:25 pm**
**Provider: Michelle Skroch, RN** (Supervisor: Todd Leonard, MD)
**Location:** Sherburne County Jail Medical Unit

Electronically signed by provider on 01/19/2015 Printed on 07/17/2017 at 2:48 pm.

# SUBJECTIVE:

**CC:** Right foot wound recheck

# OBJECTIVE:

**Exams:** Top half of wound scabbed over. Bottom half that is between the toes is closing, but still has maceration present. First layer of skin gone up to the ankles. 4th toes missing first couple layers of the skin - reddened but not open to deep layers of the skin. He reports that is from wearing jail shoes - that is why he wears his shower shoes in the right foot and normal jail shoe in the left foot. No odor. No swelling. No redness. Gait normal.

**PLAN:** Inmate advised to not pick at area - he got defensive and hostile to RN. 1 packet of antibiotic ointment given - instructed to apply after shower tonight and leave area open to air when going to bed. Also told to not spread 3rd and 4th toes apart. He verbalized understanding. Dr. Todd consulted - to check on foot daily, ok to leave open at this point.

CPT ® is a registered trademark of the American Medical Association

EXHIBIT 85

**Spencer, Marvin** 02/03/1963
**NURSE NOTE/VERBAL ORDERS**
Office/Outpatient Visit
**Visit Date: Wed, Jan 28, 2015 04:53 pm**
**Provider: Michelle Skroch, RN** (Supervisor: Todd Leonard, MD)
**Location:** Sherburne County Jail Medical Unit

Electronically signed by provider on 01/28/2015 Printed on 07/17/2017 at 2:48 pm.

# SUBJECTIVE:

<u>CC:</u> Sick call 1-28-15 "I want to request the side effects to the medication duloxetine HCL 30mg 2 caps Thank you."

**PLAN:** List of side reviewed with Np Gwen and sent to inmate. See paper chart.

CPT ® is a registered trademark of the American Medical Association

**Spencer, Marvin** 02/03/1963
**NURSE NOTE/VERBAL ORDERS**
Office/Outpatient Visit
**Visit Date: Thu, Jan 29, 2015 10:20 pm**
**Provider: Alyssa Pfeifer, RN** (Supervisor: Todd Leonard, MD)
**Location:** Sherburne County Jail Medical Unit

Electronically signed by provider on 01/29/2015 Printed on 07/17/2017 at 2:48 pm.

# SUBJECTIVE:

<u>CC:</u>
Housing unit called reporting inmates HS blood sugar was 86 and refused to take Lantus 24 units and would like to take 15-16 units instead. CO informed inmate that its all 24 units or none at this point and would notify clinic. Inmate was given HS snack.

# PLAN:
VORB form Dr. T.L. for:
Lantus 16 units subq now

Notified housing CO of provider's order and he read correct order back.

# ADDENDUMS:

Addendum: 01/30/2015 10:41 AM - Leonard, Todd A

GB

CPT ® is a registered trademark of the American Medical Association