UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 17-5035(DSD/TNL)

MARVIN SPENCER,

        Plaintiff,

v.                                                          **ORDER**

JOEL L. BROTT, Sheriff; DR. TODD
LEONARD, Physician; MICHELLE
SKROCH, BSIU/CCHD Nursing Dir.;
GWEN BLOSSOM ENGLAND, CNP, RN;
DR. DIANA VANDERBEEK, Assistant
Physician; CAPT. TOM ZERWAS; SGT.
TRAVIS LINDSTROM; SGT. BRAD
BOHN, Badge #3419; C/O JIM ROURKE,
Badge #3341; C/O ANNE HERBST, Badge
#3473; C/O JOHNNIE GILBERT; C/O LISA
SHORE, Badge #2163; C/O JOSHUA
JESBERG, Badge #3304; C/O CATHERINE
KOCH, Badge #2145; C/O OLUWASEUN
JIBOWU, Badge #3397; C/O DENISE
COOK; C/O TAMMY BOROS; C/O
NICHOLAS SIMON, Badge #3384; C/O
LOGAN BARRETT, Badge #3305; C/O
YVONNE ADAMS, Badge #1757; C/O
AMY KAHLER, Badge #1901; C/O DAN
WORBER, Badge #3360; C/O LAURA
HOLMQUIST, Badge #1719; and C/O LORI
BENNETT, Badge #1409,

        Defendants.

     This matter is before the court upon the report and recommendation of Magistrate Judge Tony N. Leung dated February 27, 2018 (R&R). The magistrate judge recommended that the court dismiss the case without prejudice for failure to prosecute and for failure to state a claim on which relief may be granted. No objections to the R&R have been filed in the time period permitted. Under these circumstances, the court finds it appropriate to adopt

the R&R.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 10] is adopted in its entirety; and

2. The case is dismissed without prejudice for failure to prosecute and for failure to state a claim on which relief may be granted.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 20, 2018

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court