U.S. Department of Justice

Federal Bureau of Prisons

Federal Correctional Institution

*Office of the Medical Unit Manager*        *Springfield, Missouri  65801*

RECEIVED
BY MAIL
NOV 02 2020
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

October 22, 2020

Re: Marvin Spencer
DOB: 02-03-1963
United States Marshal No. 18164-041

To Whom It Concerns,

Please be advised Mr. Spencer is currently incarcerated at the Federal Bureau of Prisons in Springfield, Missouri. He was initially committed on September 23, 2016. Since September 27, 2020, Mr. Spencer has been housed in Administrative Detention with little to no access to his legal documents/records. As such, he has not been able to adequately respond to Court proceedings. In the event you need more information regarding his current status, please contact me at your convince.

Sincerely,

Jennifer Besse
Unit Manager

SCANNED
NOV 0 2 2020
U.S. DISTRICT COURT ST. PAUL